December 03, 2010

Ms. Ida Cecilia Garza
Hole & Alvarez, L.L.P.
612 W Nolana, Suite 370
McAllen, TX 78504

Mr. John N. Mastin
630 Broadway
San Antonio, TX 78215
Ms. Sarah B. Duncan
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701

RE: Case Number: 08-1066
 Court of Appeals Number: 13-06-00088-CV
 Trial Court Number: C-1292-03-E

Style: MICHAEL T. JELINEK, M.D. AND COLUMBIA RIO GRANDE HEALTHCARE,
 L.P. D/B/A RIO GRANDE REGIONAL HOSPITAL
 v.
 FRANCISCO CASAS AND ALFREDO DELEON, JR., AS PERSONAL REPRESENTATIVES
 OF THE ESTATE OF ELOISA CASAS, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas issued opinions in the above-
referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Laura Hinojosa|
| | |
| |Ms. Dorian E. |
| |Ramirez |